IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**PRO SE PRISONER CIVIL RIGHTS COMPLAINT**

FILED
OCT 21 2024
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

Joe Luis Villasana
*Plaintiff's full name (Please print)*

v.

Suzanne Jordan - (ET.AL) official AND individual capacity
Terry Parks - official AND individual capacity
Brandy Wallace - official AND individual capacity
*Defendant(s)' full name (Please print)*

Case No. CIV 24-399-RAW
*(To be filled out by Clerk's Office only)*

*For additional names please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.* **The names listed in the above caption must be identical to those contained in Section IV, pursuant to Fed. R. Civ. P. 10(a).**

### NOTICE

*Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.3 address the privacy and security concerns resulting from public access to electronic court files. Under these rules, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.*

***Each claim you raise must be properly exhausted.*** *If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you. See 42 U.S.C. 1997e(a).*

***Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.***

## I. JURISDICTION

*Indicate below the federal legal basis for your claim, if known.*

- [x] 42 U.S.C. § 1983 (state, county, or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

**Joe Luis VILLASANA**
Full name                                              Aliases

**2018455**
Prisoner ID #

**John Lilley Correctional Center**
Place of Detention/Incarnation

**407971 HWY 62 E**
Institutional Address

**Boley**                    **Oklahoma**           **74829**
City                          State                 Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

## IV. DEFENDANT(S)' INFORMATION

*List the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained on the first pate. Attach additional sheets of paper as necessary. Do not write on the backs of any additional sheets. See Local Civil Rule 5.2(a).*

Defendant 1: **SuzANNe JoRDAN (ET. AL.)**
Full Name

**Choctaw County Jail ADMiNistRAtoR**
Current Job Title

**305. E. JeffeRSoN St.**
Current Work Address

**HuGo          okIAhoma          74743**
City              State              Zip Code


Defendant 2: **TeRRy PARKS** ~~[scribbled out]~~
Full Name

**Choctaw County Sheriff**
Current Job Title

**305. E. JeffeRSoN St**
Current Work Address

**HuGo          ⊘ okIAhomA     74743**
City              State              Zip Code

Rev. 07/2019                                                                3

Defendant 3: __Choctaw County Board of Commisioners__
*Full Name*

__To oversee operation of Choctaw County__
*Current Job Title*

__300 E. Duke Street, Ste. 13__
*Current Work Address*

__Hugo__                __Oklahoma__            __74743__
*City*                  *State*                 *Zip Code*


Defendant 4: __Brandy Wallace__
*Full Name*

__Choctaw County Assistance Jail Administrator__
*Current Job Title*

__305 E. Jefferson St__
*Current Work Address*

__Hugo__                __Oklahoma__            __74743__
*City*                  *State*                 *Zip Code*


Defendant 5:

*Full Name*

*Current Job Title*

*Current Work Address*

*City*       *State*       *Zip Code*

Rev. 07/2019

4

## V. STATEMENT OF CLAIMS

### A. Claim 1

Date(s) of occurrence: November, December 2023 thru March 2024

Place(s) of occurrence: Choctaw County Jail in Hugo, Oklahoma

State which of your federal constitutional or federal statutory rights have been violated:

8th, 14th Amendment Violation Constitutional Rights claim

Briefly state the FACTS that support your case. Provide a short and plain statement of how each named defendant was personally involved in the violation of your constitutional rights and why you are entitled to relief from each named defendant. See Fed. R. Civ. P. 8(a). Do not cite case law.

FACTS: Failing to provide treatment for diagnosed condition! Delaying treatment, ignoring obvious conditions, Medical Negligence, Cruel (an) Unusual punishment. Denial of use (of) my (CPAP) Device - have obstructed sleep Apnea. Was Denied for five months, while it was kept in the County Jail property room. Supposely where I was housed at - the federal holding facility (Tribal) side of Choctaw County Jail didn't have plug ins to hook up my (CPAP) which there was plug ins. (Deliberate Indifference) - medical Negligence)

### B. Claim 2

Date(s) of occurrence: April 28th, 29th, 30th / May 1st, 2024

Place(s) of occurrence: Choctaw County Jail in Hugo, Oklahoma

State which of your federal constitutional or federal statutory rights have been violated:

8th, 14th Eighth, Fourteen Amendment violation Constitutional Rights. claim

FACTS: Medical Negligence, Failure to provide Adequate Medical care, Jail Personnel have Acted with "Deliberate Indifference" to my type 2 Diabetes by denying me my medication (Metformin) and by not monitoring my blood sugar - daily. Nor blood pressure check. do to being hypertension and having pre-existing medical conditions. Was given a medication by Jail Personnel "clonidine - without checking my blood pressure first - which the medication Dropped my blood pressure to 30/40 an was transported to Hugo, oklahoma (hospital) by Ambulance from Choctaw County Jail. Which cause me to be put in ICU till my blood pressure was able to get up to Normal Range. The clonidine medication was only suppose to be given to me after checking my blood pressure if was high then the clonidine was to be given to lower the blood pressure, but Jail personnel didn't check my blood pressure that morning when medication was passed out. The also would make my family pay for medication or I couldn't get any of my medications. (Deliberate Indifference) An Ignoring obvious conditions. as well.

### C. Claim 3

Date(s) of occurrence: May through June (2024)

Place(s) of occurrence: Choctaw County Jail - in Hugo Oklahoma and Hugo clinic office / with Caridologist specialist

State which of your federal constitutional or federal statutory rights have been violated:

First (1st), Eight (8th), Fourteen (14th) Amendment violations Right claim

FACTS: Jail Administrator - Jordan) Fail to provide Adequate medical Care / Cruel & Unusual punishment, and medical Negligence) was took place Due to Ms. Jordan Denying for the Caridologist I was seeing monthly in Hugo clinic, for pre-Existing medical conditions, Diabetes, hypertension heart problems, the specialist wanted to do testing of my heart that Require being sent to oklahoma city hospital to be tested there, Ms. Jordan told Dr. Madden the Caridologist, she wouldn't allow me to get sent there, for testing, was Refused to have the Caridologist to see me any more / was denied medication given by the specialist, cause I didn't have Insurance, she was being Deliberate Indiference."

### D. Claim 4

Date(s) of occurrence: June 18, 2024 thru July, August 2024

Place(s) of occurrence: Choctaw County Jail - in Hugo Oklahoma

State which of your federal constitutional or federal statutory rights have been violated:

Eighth (8th), Fourteen (14th), first (1st) Amendment violations Constitutional Right claim./

FACTS: Infliction of Emotional Distress (and) pain & suffering, Cruel and Unusual punishment. Denying pain medications and prescribed medication causing pain, and trauma, Being put in Solitary confinement for over two month's and completely cut off communication with the outside world. Complete Isolation No phone, Not even television in the Detoxication - suicide cell I was housed in. (Unlawful and Damaging) while in Jail, Jail personnel would throw away my out going mail, and incoming mail at times where never given to me, my legal mail when I was given would be open with-out being present. I was kept from communicating out or using the phone to contact my family. Also Inadequate ventilation, and deprivation took place of outdoor excercise. Jail personnel allow other inmates to throw urian, body fluides on me while I was in the cell, when I went to shower, the Jail personnel new about it an allow inmates at Choctaw County Jail take place in throwing there urianation on me, and Refuse to give me clean clothes, or shower. The County Sheriff also allow this all to happen to me. that cause me Infliction of emotional Distress and pain, suffering, truma and mental Anguish. & failure to Administer mandatory sight checks (Legitimate Penological Interest) Neglected

## VI. RELIEF REQUESTED

*Briefly state what you want the Court to do for you. Do not make legal arguments or cite cases or statutes.* I pray for the Court to see the problems in Choctaw County Jail, not just for me but for future Inmates being held there. I pray for monetary Relief in the amount of ($10,000,000) million Dollar's paid out to me) for Infliction of Emotional Distress, and for pre-existing medical conditions, suffered physical pain, and mental Anguish. Also Requesting all payments of future medical bills, plus Any and all court fees, attorney's bills be paid that Accrued. Failure to give medical care that reasonable person would've given. Requesting all Above.

## VII. PRISONER'S LITIGATION HISTORY

*The "Three Strikes Rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if the prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

Have you brought any other lawsuits in federal court while a prisoner?   ☐ Yes   ☒ No

If yes, how many? __NA__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- Did the court assess a "Strike" or find the dismissal a "Prior Occasion" pursuant to 28 U.S.C.1915 (g).

__NA__

_____
_____
_____
_____
_____
_____

## VIII. PLAINTIFF'S DECLARATIONS:

I declare under penalty of perjury that the foregoing is true and correct. To the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11 of the Federal Rules of Civil Procedure.

I agree to provide the Court Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Court Clerk's Office may result in the dismissal of my case.

_Jose Luis Villasana_  _10/08/24_
Plaintiff's Signature          Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the _08_ day of _October_, 20_24_.

_Jose Luis Villasana_  _10/08/24_
Plaintiff's Signature          Date